USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/22/2022__

FISHER |

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

September 21, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
        Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

        We represent Plaintiff in this matter. We write to respectfully request that the Court adjourn until October 21, 2022 the parties' deadline to submit a joint letter and Case Management Plan and Scheduling Order. Plaintiff timely served all Defendants but only Defendant Aljahmi has responded by faxing to me what appear to be a letter advising his position on this case, which I am attaching. Defendant Aljahmi does not appear to have filed the letter with the Court since it does not appear on the docket. The letter is attached. I have not yet communicated with Defendant Aljahmi. We therefore respectfully request an additional 30 days so that Defendant Aljahmi can retain counsel and the parties can submit a Case Management Plan and Scheduling Order.

        Thank you for your attention to the above.

GRANTED.

SO ORDERED.

Dated: September 22, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge