FISHER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/26/2022__

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

October 21, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
    Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

    We represent Plaintiff in this matter. We write to respectfully request that the Court adjourn until November 4, 2022 the parties' deadline to submit a joint letter and Case Management Plan and Scheduling Order. As we indicated in our September 21, 2022 letter, only Defendant Aljahmi has responded to the Complaint by faxing to me what appear to be a letter advising his position on this case. Defendant Aljahmi, however, is not represented by counsel. I have not yet been able to communicate with Defendant Aljahmi. We therefore respectfully request an additional 14 days so that Defendant Aljahmi can retain counsel and the parties can submit a Case Management Plan and Scheduling Order.

    Thank you for your attention to the above.

                            Respectfully Submitted,

                            /s/_____
                            Michael Taubenfeld

GRANTED.

SO ORDERED.

Dated: October 26, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge