USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/7/2022__

FISHER | TAUBENFELD

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

November 4, 2022

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
        Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

        We represent Plaintiff in this matter. We write to respectfully request that the Court adjourn until November 11, 2022 the parties' deadline to submit a joint letter and Case Management Plan and Scheduling Order. As we indicated in our previous letters, only Defendant Aljahmi has responded to the Complaint, and he is not represented by counsel. I have been unable to reach Defendant Aljahmi by telephone and will send him a letter early next week advising him to contact my office. We therefore respectfully request an additional 7 days so that Defendant Aljahmi can retain counsel and the parties can submit a Case Management Plan and Scheduling Order.

        Thank you for your attention to the above.

        Respectfully Submitted,

        /s/_____
        Michael Taubenfeld

GRANTED.

SO ORDERED.

Dated: November 7, 2022
      New York, New York

ANALISA TORRES
United States District Judge