USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/14/2023_

FISHER | TAUBENFELD

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

February 13, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
> Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

      We represent Plaintiff in this matter. We write to request a brief one-week extension from February 13, 2023 until February 21, 2023 to submit the proposed Case Management Plan and joint letter. Defendant Aljahmi and I have been discussing the documents but need extra time to finalize them. We therefore respectfully request one additional week to submit the documents.

      Thank you for your attention to the above.

Respectfully Submitted,

/s/
Michael Taubenfeld

GRANTED.

SO ORDERED.

Dated: February 14, 2023
      New York, New York

ANALISA TORRES
United States District Judge