USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/9/2023_

FISHER | TAUBENFELD

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

March 9, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

We represent Plaintiff in this matter. We write to request an extension from February 8, 2023 until February 22, 2023 to move for a default against Defendant 1738 Finest Deli Inc. in accordance with the Court's March 1, 2023 order (DE 29). We apologize for the brief delay for this request.

In the Court's order, it directed Plaintiff to move for a default by February 8, 2023 and instructed Defendant Aljahmi to cooperate with Plaintiff to submit the joint letter and Case Management Plan and Scheduling Order so that it could be filed by February 22, 2023. After the Court's order, Defendant Aljahmi advised me that he intends to hire counsel, which would presumably also represent the corporate Defendant, and therefore obviate the need for a default. We therefore respectfully request until February 22, 2023 to submit the documents. If Defendant Aljahmi does not hire counsel, then Plaintiff will request the default on the date the joint letter and Case Management Plan and Scheduling Order are due.

Thank you for your attention to the above.

Respectfully Submitted,

/s/
Michael Taubenfeld

---

GRANTED. By **March 22, 2023**, Plaintiff shall move for default against Defendant 1738 Finest Deli Inc., or counsel for Defendant 1738 Finest Deli Inc. shall file a notice of appearance.

SO ORDERED.

Dated: March 9, 2023
New York, New York

ANALISA TORRES
United States District Judge