UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI ALJAHMI,

                   Plaintiff,

-against-

1738 FINEST DELI INC and ABDULLAH ALJAHMI,

                   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/27/2023__

22 Civ. 4138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 22, 2023, Plaintiff, Nagi Aljahmi, moved for entry of default against Defendant, 1738 Finest Deli Inc.  ECF No. 32.  On March 23, 2023, the Clerk of Court entered a certificate of default.  ECF No. 35.  Accordingly, by **April 3, 2023**, Plaintiff shall move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: March 27, 2023
       New York, New York

ANALISA TORRES
United States District Judge