UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NAGI ALJAHMI,

                Plaintiff,

-against-

1738 FINEST DELI INC and ABDULLAH ALJAHMI,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/5/2023

22 Civ. 4138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 22, 2023, Plaintiff and Defendant Aljahmi filed a proposed case management plan. ECF No. 34-1. On March 27, 2023, the Court issued a case management plan and directed the parties to file a joint letter by April 3, 2023, indicating what alternative dispute resolution mechanism they elect to use and when they intend to use it. ECF No. 36 ¶ 14. This submission is now overdue. Accordingly, by **April 12, 2023**, the parties shall file their joint letter.

      SO ORDERED.

Dated: April 5, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge