USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2023

FISHER | T...

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 11, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
    Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

    We represent Plaintiff in this matter. We respectfully request until April 14, 2023 to file the letter advising the Court regarding what type of ADR process the parties wish to engage in. The parties have discussed ADR, but Defendant has not yet given me his opinion. I will be out tomorrow celebrating the remainder of Passover and will be returning on April 14. We therefore respectfully request until April 14, 2023 to submit the letter.

    Thank you for your attention to the above.

                      Respectfully Submitted,

                      /s/
                      Michael Taubenfeld

Cc: Defendant Aljahmi (by email)

GRANTED.

SO ORDERED.

Dated: April 12, 2023
      New York, New York

                    ANALISA TORRES
                 United States District Judge