USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/17/2023_

FISHER |

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 14, 2023

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
        Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

        We represent Plaintiff in this matter. We respectfully request until April 19, 2023 to file the letter advising the Court regarding what type of ADR process the parties wish to engage in. The parties have discussed ADR, but Defendant has not yet given me his opinion. Defendant celebrates Ramadan and we have not been able to reach him, likely due to the holiday. We therefore respectfully request until April 19, 2023 to submit the letter.

        Thank you for your attention to the above.

        Respectfully Submitted,

        /s/
        Michael Taubenfeld

Cc: Defendant Aljahmi (by email)

GRANTED.

SO ORDERED.

Dated: April 17, 2023
      New York, New York

               ANALISA TORRES
           United States District Judge