**SAWAEER LAW OFFICE PLL**
**ATTORNEY-AT-LAW**
6915 5TH AVENUE, 2nd Floor, Brooklyn, New York 11220
E-Mail: sawaeeresq@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/21/2023__

To: **HON. ANALISA TORRES**
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   RE: **1:22-cv-04138-AT** - *Aljahmi v. 1738 Finest Deli Inc. et al*
   **Request for Extension**

Dear Honorable Judge Torres,

We represent the Plaintiff and the defendant Abdullah Aljahmi in the above captioned matter. We kindly request the court to grant an extension of the fact discovery deadline and adjourn the August 8, 2023, case management conference for the purpose of commencing and completing the mediation process. The current discovery deadline is July 20, 2023, and the new date would be September 20, 2023.

The reason for the request is two-fold. First, Defendants only recently retained counsel, and Defendants' counsel is catching up on the case and in the process of responding to Plaintiff's discovery requests. Second, the Court has ordered this case to mediation and parties have agreed to mediate this matter on August 17, 2023. Given the expense of litigation, the parties would prefer to focus their efforts on resolving this matter. Accordingly, they request that the Court extend the discovery deadline.

GRANTED.  The case management conference scheduled for August 8, 2023, is ADJOURNED to **October 24, 2023**, at **3:00 p.m.**  Fact discovery will close on **September 20, 2023.**

SO ORDERED.

Dated: July 21, 2023
     New York, New York

_____
**ANALISA TORRES**
United States District Judge