UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI ALJAHMI,

                Plaintiff,

-against-

1738 FINEST DELI INC and ABDULLAH ALJAHMI,

                Defendants.

22 Civ. 4138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Case Management Conference scheduled for October 24, 2023, is ADJOURNED to **October 31, 2023, at 4:00 p.m.** The parties shall file a joint status letter not later than one week in advance of the conference.

    SO ORDERED.

Dated: September 12, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge