UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI ALJAHMI,

                Plaintiff,

-against-

1738 FINEST DELI INC and ABDULLAH ALJAHMI,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _12/26/2023_

22 Civ. 4138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 4, 2023, Plaintiff wrote the Court concerning the status of negotiations and indicating that the parties would further update the Court by December 20, 2023. ECF No. 56. No update, however, has been received.

    Accordingly, by **January 10, 2024**, the parties shall file a joint status update, addressing the status of discovery and settlement negotiations.

    SO ORDERED.

Dated: December 26, 2023
        New York, New York

                                        ANALISA TORRES
                                  United States District Judge