UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nagi Aljahmi,<br><br>       Plaintiff,<br><br> -against-<br><br>1738 Finest Deli Inc., and<br>Adullah Aljahmi,<br><br>       Defendants. | 22-CV-04138 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated January 9, 2024 (ECF 59), Judge Analisa Torres referred this case to Magistrate Judge Jennifer E. Willis for general pretrial purposes and a discovery dispute. On January 11, 2024, that referral was reassigned to me.

  On January 8, 2024, Plaintiff filed a letter motion to compel Defendant Abdullah Aljahmi to respond to Plaintiff's discovery requests and to extend the discovery deadline. (*See* ECF 58.) In accordance with Judge Torres's Individual Practices, by January 16, 2024, Defendant Abdullah Aljahmi was required to file an opposition letter. (*See* AT Torres Individual Practices in Civil Cases - 3.7.2023.pdf (uscourts.gov).) Defendant Abdullah Aljahmi has not filed an opposition letter.

  The time for Defendant Abdullah Aljahmi to respond to Plaintiff's letter motion is extended, nunc pro tunc, to **9:00 AM on January 18, 2024.**

  A telephonic conference is scheduled for **January 22, 2024, at 10:00 AM**. Counsel for the parties are directed to call my Microsoft Teams conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 117 072 64#.** If this date is not convenient for the parties, on or

before January 18, 2024, counsel should jointly e-mail chambers, at

TarnofskyNYSDChambers@nysd.uscourts.gov to propose three alternative dates and times

for the conference during the week of January 22, 2024.

DATED:   January 17, 2024
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge