UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nagi Aljahmi,<br><br>                              Plaintiff,<br><br>         -against-<br><br>1738 Finest Deli Inc., et al.,<br><br>                              Defendants. | 22-CV-04138 (AT) (RFT)<br><br>**<u>ORDER</u>** |

**Robyn F. Tarnofsky, United States Magistrate Judge:**

On January 8, 2024, Plaintiff filed a letter motion to compel Defendant Abdullah Aljahmi to respond to Plaintiff's discovery requests and to extend the discovery deadline. (*See* ECF 58.)

On January 17, 2024, counsel for the Defendants informed the Court that he scheduled a meeting with Defendant Abdullah Aljahmi on January 19, 2024, to discuss Plaintiff's discovery demands. (*See* ECF 61.) On January 22, 2024, Plaintiff informed the Court he had not received Defendant's proposed plan to remedy the discovery defects by that deadline. (*See* ECF 64.) I held a conference with the parties on January 24, 2024.

For the reasons discussed at the conference, including the representation by Defendants' counsel that Defendant Abdullah Aljahmi has been ill, I am willing to grant a very limited extension of time to complete discovery.

It is ORDERED that: (1) Defendants shall respond to Plaintiff's document requests by February 2, 2024, and shall complete their document production by February 16, 2024; (2) Defendants shall serve their discovery requests to Plaintiff by January 26, 2024, and Plaintiff shall respond to Defendants' requests by February 16, 2024; and (3) that the deposition of Defendant Abdullah Aljahmi shall take place no later than February 29, 2024.

Each party shall bear its own costs and attorneys' fees.

DATED:  January 24, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge
