USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/31/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI ALJAHMI,

                Plaintiff,

-against-

1738 FINEST DELI INC and ABDULLAH ALJAHMI,

                Defendants.

22 Civ. 4138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for February 6, 2024, is ADJOURNED to **March 26, 2024, at 10:00 a.m.** The parties shall file a joint status letter no later than one week in advance of the conference.

    SO ORDERED.

Dated: January 31, 2024
       New York, New York

                                        ANALISA TORRES
                                       United States District Judge