UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI ALJAHMI,

                Plaintiff,

-against-

1738 FINEST DELI INC., et al.,

                Defendants.

22 Civ. 04138 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

Pursuant to my Order of January 24, 2024, fact discovery is scheduled to be completed by February 29, 2024. (*See* ECF 66.) Accordingly, by **March 1, 2024**, the parties will file a joint status letter confirming that fact discovery has been completed and, if not, identify the fact discovery that remains outstanding, with an explanation for the delay. The letter must also indicate whether a Court-annexed mediation or settlement conference would be productive in advance of the March 26, 2024, case management conference scheduled in this action.

DATED:  March 1, 2024
            New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge