UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NAGI ALJAHMI,

                Plaintiff,

-against-

1738 FINEST DELI INC and ABDULLAH ALJAHMI,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2024
```

22 Civ. 4138 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for March 26, 2024, is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 20, 2024
       New York, New York

ANALISA TORRES
United States District Judge