FISHER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/8/2024__

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 4, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

We represent Plaintiff in this matter. We write to request an additional two weeks to file the parties' proposed settlement agreement until April 18, 2024. The parties have reached a settlement in principle but are still in the process of drafting the settlement paperwork. We therefore require additional time.

Thank you for your attention to the above.

Respectfully Submitted,

-------------------/s/------------
Michael Taubenfeld

GRANTED.

SO ORDERED.

Dated: April 8, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge