F I S H E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/19/2024_

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

April 18, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
        Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

        We represent Plaintiff in this matter. We write with the consent of Defendants to request an additional 2 weeks to file the parties' settlement agreement, until May 3, 2024. Defendants are reviewing the Plaintiff's draft agreement, but due to the upcoming Jewish holidays, which I observe, the parties will need additional time to finalize and execute the agreement.

        Thank you for your attention to the above.

        Respectfully Submitted,

        ------------------/s/-----------
        Michael Taubenfeld

GRANTED.

SO ORDERED.

Dated: April 19, 2024
      New York, New York

                                      ANALISA TORRES
                                     United States District Judge