FISHER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/7/2024_

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 6, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

We represent Plaintiff in this matter. We write with the consent of Defendants to request an additional week to execute the parties' settlement agreement, until May 10, 2024. Plaintiff has signed the agreement, and Defendants advised me on May 3 that they would sign over the weekend. We therefore request one additional week.

Thank you for your attention to the above.

Respectfully Submitted,

------------------/s/-----------
Michael Taubenfeld

GRANTED.

SO ORDERED.

Dated: May 7, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge