FISHER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/14/2024

New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

May 13, 2024

**VIA ECF**
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Aljahmi. v. 1738 Finest Deli Inc *et al.*
Case No.: 22-cv-4138 (AT)

Dear Judge Torres:

We represent Plaintiff in this matter. We write to request an additional week to execute the parties' settlement agreement, until May 17, 2024. We apologize for the delay in submitting this letter.

Plaintiff has signed the agreement, but I have not heard back from Defendants, who had agreed to execute the agreement over a week ago. We will advise the Court by May 17, 2024 if Defendants decline to execute the agreement. We therefore request one additional week.

Thank you for your attention to the above.

Respectfully Submitted,

------------------/s/-----------
Michael Taubenfeld

GRANTED.

SO ORDERED.

Dated: May 14, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge