```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI ALJAHMI,

    Plaintiff,

-against-

1738 FINEST DELI INC and ABDULLAH ALJAHMI,

    Defendants.

Case No.: 1:22-cv-04138 (AT)(AFT)

**JUDGMENT**

WHEREAS, Defendant ABDULLAH ALJAHMI served Plaintiff with an offer of judgment for $25,000 on May 17, 2024;

WHEREAS, Plaintiff filed an acceptance of offer of judgment on May 17, 2024; Pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff NAGI ALJAHMI against Defendant ABDULLAH ALJAHMI in the amount of $25,000, which is inclusive of all attorneys' fees and costs and is not to be taken as an admission of liability or wrongdoing on the part of any Defendant.

IT IS FURTHER ORDERED and ADJUDGED, that should Defendant ABDULLAH ALJAHMI not fully satisfy the judgment by September 6, 2024, the judgment shall increase to $37,500 (minus any amount of the $25,000 previously paid) and Plaintiff shall be entitled to recover any collection costs and attorneys' fees incurred in enforcing and collecting on the judgment.

SO ORDERED.

Dated: May 30, 2024
      New York, NY

_____
ANALISA TORRES
United States District Judge